Philip D. Stern, Esq.
Andrew T. Thomasson, Esq.
STERN•THOMASSON LLP
150 Morris Avenue, 2nd Floor
Springfield, NJ 07081-1315
(973) 379-7500

*Attorneys for Plaintiff, Medicine to Go Pharmacy, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MEDICINE TO GO PHARMACIES, INC., on behalf of plaintiff and the class members defined herein,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SHERALVEN ENTRPRISES, LTD., and JOHN DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 3:16-cv-07718-BRM-LHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, MEDICINE TO GO PHARMACIES, INC., hereby gives notice of dismissal of this action in its entirety with prejudice as to Plaintiff, and without prejudice as to the rights of the putative class members.

　　　　　　　　　　　　　　　　　STERN•THOMASSON LLP
　　　　　　　　　　　　　　　　　Representing Plaintiff, Medicine to Go
　　　　　　　　　　　　　　　　　Pharmacy, Inc.

　　　　　　　　　　　　　　　　　　　*s/ Andrew T. Thomasson*
Dated: March 3, 2017　　　　　　　　Andrew T. Thomasson